UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| NAPP TECHNOLOGIES, | Civil Action No. 04-3535(WHW) |
| Plaintiff, |  |
| v. |  |
| KIEL LABORATORIES, INC., | **ORDER** |
|  | May 19, 2006 |
| Defendant. |  |

**SUSAN D. WIGENTON, UNITED STATES MAGISTRATE JUDGE:**

The Cross Motion for an Order Compelling Kiel Laboratories to Serve Supriya Chemicals is denied. However, for good cause shown, pursuant to Fed. R. Civ. P. 4(f)(3), all parties may serve Supriya Chemicals by electronic mail and express mail a copy of their pleadings by June 2, 2006. The Court knows of no international agreement that prohibits these forms of service, and no party has referred to one. The Court is satisfied that these forms of service are reasonably calculated to apprise Supriya Chemicals of this case and afford it an opportunity to participate in this case. See Rio Properties, Inc. V. Rio International Interlink, 284 F.3d 1007, 1016-1017 (9th Cir. 2002).

**SO ORDERED**.

                **S/SUSAN D. WIGENTON**
                UNITED STATES MAGISTRATE JUDGE

cc:    District Judge
       Parties
       File